E. S. FOWLER

v.

AUGUST PETERSON.

|  25  81 |
| 78  380 |

*Wages—Action to Recover—Witnesses—Question for Jury—Instructions*
*—Verdict—Surplusage.*

In an action for wages it is *held*: That it was for the jury to determine
whether to believe the plaintiff or defendant, they being the only witnesses;
that there is no substantial error in the instructions; and that the verdict is
not vitiated by surplusage.

[Opinion filed May 24, 1887.]

APPEAL from the County Court of Sangamon County; the
Hon. J. H. MATHENY, Judge, presiding.

Mr. N. M. BROADWELL, for appellant.

Mr. JOSEPH M. GROUT, for appellee.

*Per Curiam.* This suit was for a balance claimed for
wages, brought by appellee before a Justice of the Peace, and
appealed to the County Court, where he obtained a verdict
for $137, remitted $5 and took judgment for $132. The
parties were the only witnesses. Their testimony was con-
tradictory as to the rates per month which plaintiff claimed
were agreed on for different periods of his service; and
notwithstanding the defendant's entries in his memorandum
book, agreeing with his statement, the jury appear to have
allowed a greater weight to the testimony of the plaintiff.
For what reason they did it we can not know from the
record, nor can we determine that they had none that was
good or sufficient. It was their right and duty to do so if to
their minds it had the greater weight. The instructions were
few and brief, but clear, and, as we think, correct and suffi-
cient. The first for the plaintiff is certainly the law, where

there is no disparity, or none that is marked, in the number of witnesses on the respective sides. The second does not assume any fact, is purely hypothetical, and might as well have been asked by the defendant. The finding, by the verdict, that the amount was "wages due plaintiff as a servant or laborer," was, at the worst, only surplusage, and did not vitiate what preceded it.

*Judgment affirmed.*